# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-33223 |
| Michael A. Alvarez | Chapter 13 |
| Debtor. | Hon. Judge Carol A. Doyle |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOC. 19)

Bridgecrest Acceptance Corp ('Creditor'), by and through their undersigned counsel, hereby withdraws their objection to the Debtor's proposed Chapter 13 Plan filed by the Creditor on 01/28/20 (Doc. 19). Debtor's counsel filed an amended plan on 02/05/20 which addressed Creditor's concerns. These changes render the objection moot.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Withdrawal upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on February 6, 2020, before the hour of 5:00 p.m.

David H. Cutler, Debtors' Counsel at cutlerfilings@gmail.com

Tom Vaughn, Trustee at ecf@tvch13.net

Patrick S Layng, U.S. Trustee at USTPRegion11.ES.ECF@usdoj.gov

Michael A. Alvarez, 511 Arbor Lane, Oswego, IL 60643

      /s/ Jon J. Lieberman
      Jon J. Lieberman (OH 0058394)
      Attorney for Creditor